In the United States District
Court for New York

Alexander Jigsetts
  vs
Transunion,
Equifax and Experian

Civil suit

I file this civil suit because I have filed 74 cases and Judge Motz of Baltimore District has sat in on those cases discriminating against me and the whole Maryland District court. I cannot get a fair trial in Maryland and I wish for change of location and for my case to be heard in New York or at least start an investigation on the clerk, Chief Judge and Judge Motz to wrestle the cases away from him or his boys James Bredar and George Russell. I file this because the three credit bureaus are in cahoots to destroy my credit and poor people credit so they cannot live the american dream. In my case they have said that on trans union I owe $1500.00 and Experian and Equifax are saying that they have me settling in debt by debt

collectors. This is slander and abuse of freedom of speech for I have a right to be safe in my property and ideas. For I owe nine of these people and one is a debt for Good Samaritan Hospital in Balt where they say I owe $500.00 but I called my medicaid health plan and they said that they would take care of the bill because the hospital that they said I owe is Medstar and my health plan is Medstar and Good Samaritan is Medstar so if I'm with Medstar there can't be a bill. The other bill is for $289.00 that they say I owe from 2012 and I don't know what they are talking about. I want the five credit bureaus to take anything off of my record about me owing anything for it is slander and a monopoly on the credit industry to keep poor and out of the American dream.

(3)

I want my credit score raised and I am suing for $3000 for potential credit I could have recieved if they wouldnt have rated my credit poor and lending risk which they say about me. Matter of fact I'm suing for $50,000 for I could have had a lot of credit opportunities if not for these credit bureas slandering my name.

Alexander Jiggetts
Alexander Jiggetts
P.O. Box 1550
Cockeysville, MD 21030
07/28/07/17

[envelope image with handwritten addresses]

Return address (top left):
ler Jigglf
X 1552-1532
suile, MD 21630

Postmark: BALTIMORE MD 212

Addressee:
Clerk
United States District Court
For New York
300 Quarropas Street
White Plains, NY 10601